# UNITED STATES DISTRICT COURT
for the

Southern District of Texas ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:24-CR-00089 |
| Florencio "Lencho" Rendon | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: March 4, 2024

_____
Defendant's signature

_____
Signature of defendant's attorney

Craig D. Tobin
Printed name of defendant's attorney

_____
Judge's signature

Christina A. Bryan
Judge's printed name and title
U.S. Magistrate Judge