UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Criminal No. 4:24-cr-89** |
| | ) | **UNDER SEAL** |
| FLORENCIO "LENCHO" RENDON, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves to unseal the docket and all filings and transcripts of hearings in this case. The government submits that the justifications for sealing in the government's motion to seal (ECF No. 3) no longer apply.

Government counsel has conferred with counsel for Defendant Rendon, who consents to this motion to unseal.

The United States thus respectfully requests that the Court unseal the docket and all filings and transcripts of hearings in this case.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
US Department of Justice


By: */s/ Marco A. Palmieri*
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
  performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice


By: */s/ Garrett Coyle*
Garrett Coyle
Attorney for the United States