UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:24-cr-00089 |
| v. | § | |
| | § | |
| FLORENCIO RENDON, | § | |
| | § | |
| Defendant. | § | |

JOINT MOTION TO CONTINUE
SENTENCING AND PSR DEADLINES

Defendant Florencio Rendon pleaded guilty on March 4, 2024, to Count One of the Information and is scheduled to be sentenced on May 15, 2025. ECF No. 22. Trial in a related matter is set for September 22, 2025. *See* Amended Order, ECF No. 64, *United States v. Cuellar et al.*, No. 4:24-cr-224 (S.D.T.X. Dec. 6, 2024).

In light of the trial in the related matter, the United States and Mr. Rendon jointly request that sentencing in this case be continued until the week of December 1, 2025, with accompanying deadlines as follows: October 24, 2025, for disclosing the initial presentence report to counsel; November 7, 2025, for counsel to file objections; and November 21, 2025, for the probation officer to submit the final presentence report.

Dated: March 28, 2025                    Respectfully submitted,

By: */s/ Rosaleen O'Gara*            By: */s/ Garrett Coyle*
Rosaleen O'Gara                          Garrett Coyle
Celia Choy                               Counterintelligence and Export Control Section
Aaron Jennen                             National Security Division
Public Integrity Section                 U.S. Department of Justice
Criminal Division                        Attorney for the United States
U.S. Department of Justice
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I certify that I filed this motion via the CM/ECF system on March 28, 2025, which caused the motion to be electronically served on all counsel of record.

*/s/ Garrett Coyle*
Garrett Coyle