United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H-24-89-1 |
| | § |
| FLORENCIO RENDON. | § |

**ORDER RESETTING DEADLINES AND SENTENCING**

The parties filed a joint motion for continuance of sentencing and related deadlines, (Docket Entry No. 24). The motion is granted. The presentence investigation deadlines and sentencing date are amended as follows:

The initial presentence report must be disclosed to counsel by October 24, 2025.

Objections to the report, or a statement of no objections, are due by November 7, 2025.

The final report and an addendum must be submitted by November 21, 2025.

Sentencing is reset to **December 1, 2025, at 10:00 a.m.**

SIGNED on April 4, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge