**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal No. H-24-89 |
| | § | |
| **FLORENCIO "LENCHO" RENDON** | § | |

# FLORENCIO "LENCHO" RENDON'S SENTENCING POSITION PAPER

**Florencio "Lencho" Rendon, Defendant,** hereinafter "Lencho", by and through his attorneys, Craig D. Tobin of Tobin & Muñoz, LLC, and Michael Wynne of Gregor Wynne Arney, PLLC, respectfully submits this Sentencing Position Paper for the consideration of the United States Probation Office and this Honorable Court. This submission is intended to supplement the Presentence Investigation Report ("PSR") with information about Lencho's background, character, and circumstances relevant to the determination of an appropriate sentence under 18 U.S.C. § 3553(a)

## I.

## INTRODUCTION

Lencho Rendon is a 76-year-old gentleman who has devoted his entire life to the betterment of the lives of the citizens of the United States, Texas, and even to the citizens of poor communities in Mexico. He has been an exemplary public servant improving the lives of others. The letters of support submitted for the Court's consideration evince a man of high integrity assisting the neediest of the neediest through hard work and all types of charitable contributions and services. Lencho stands before this court after having pled guilty to a series of transactions that were clearly an aberration of his lifetime of dedicated public service and good work in behalf of those most in need. Lencho's lapse in judgment and behavior does not override all the good he has done.

Sometime in 2015, A sitting United States Congressman, Congressman Henry Cuellar, asked Lencho to assist him in a scheme that was designed to allow a foreign bank to funnel money through Lencho and the Congressman's former Chief of Staff to the Congressman's wife, and ultimately to the Congressman. Initially, Lencho believed he would be engaged in a legitimate consulting relationship with an entity he had been trying to represent for over a decade. He ultimately learned that the purpose of this transaction was not to engage him in a consulting contract with the bank, but to be a participant in transactions funneling money to the Congressman. Lencho was never advised or learned what the bank's ultimate goal was or the Congressman's obligations as a result of taking the money. Lencho understood that the actions he was taking on behalf of the Congressman were wrong. Lencho recognized he had to take steps to offset any harm he caused. He quickly decided to assist the United States Government in its investigation and prosecution of this matter. He agreed to cooperate and pleaded guilty to the offense of money laundering in violation of Title 18 U.S.C. § 1956(h) as alleged in the Criminal Information. Lencho's cooperation with the government has been extensive. Lencho has repeatedly expressed his remorse in both word and deed. Lencho's cooperation has been so comprehensive and beneficial in advancing the government's investigation, the government agreed Lencho is entitled to the full benefit of a Guideline Section 5K1.1 downward departure. Clearly consideration of his life in totality reveals his actions in this matter to be something of an aberration. Although his involvement in the Congressman's scheme cannot be overlooked, it should not disproportionately offset all the good Lencho has done throughout his life.

Facts within this case commend the imposition of a non-custodial sentence. Lencho accepted responsibility for his actions, is remorseful for the conduct he engaged in, and has not only wanted to take, but has taken, whatever steps he could to undo the harm he caused. The public

official, the originator and actual beneficiary of the scheme underlying these charges, is not before this court because he obtained a Presidential Pardon. Executive clemency was justified on the ground this was "a political prosecution." The executive exoneration of the author and principal benefactor of this scheme presents this Court with something of a conundrum at sentencing as it raises a real possibility of unwarranted disparity.

## II.

## PERSONAL HISTORY AND CHARACTERISTICS

### A. Family Background and Upbringing

Lencho is the second born in a family of ten children. As the second oldest in a family who enjoyed at best a limited income, Lencho had many responsibilities thrust upon him. His father had enlisted in the military and made the service his career. He served in three wars leaving the service with the rank sergeant. He was rarely, if ever, stationed near the family's home. During Lencho's formative years, his father was often away from home.

Lencho had to work to provide support for the family. When he was 8 years old, Lencho shined shoes and sold newspapers (A-15). At 14, he was old enough to work as a migrant farm laborer. He chased farm work throughout the Southwest into California. Lencho's work in the fields was made more arduous because he was born with a deformed and shortened right hand and arm (Dysmelia). His youth, until he was 12, was marked by numerous surgeries prescribed to try and remedy this disability. Lencho's work in the fields prevented him from regular school attendance and prevented him from graduating from high school.

### B. Education

Lencho did not graduate from high school. Because of his efforts to help support his family, Lencho entered his fourth year of high school with just enough credits to be a sophomore. Studying

on his own, Lencho took the General Educational Development examinations eventually earning the equivalent of a high school diploma. While working for the Honorable Solomon Ortiz as the Congressman's chief of staff, Lencho enrolled in Southeastern University in Washington, D.C. Attending class at night and on weekends, Lencho obtained a Bachelor of Science degree in business administration. He graduated June 21, 1992.

In August of 1970, Lencho graduated from the Laredo, Texas Law Enforcement Training School (B-15). He has attended additional law enforcement courses and received certificates from the Federal Bureau of Investigation (FBI) (B-12) and the Drug Enforcement Administration (DEA) (B-13) (B-11, B-14) over the years.

**C. <u>Employment History</u>**

Lencho began his employment at 8 years old shining shoes, selling newspapers, and graduating to working as a migrant farmhand. At 18 years old, Lencho became one of the youngest law enforcement officers in the history of Texas. He spent 14 years working with the Sheriff's Office in Laredo, then Corpus Christi under future Congressman Ortiz, who, before his election to that national office, had been elected Sheriff of Nueces County, Texas. Lencho became a highly decorated officer. He was assigned to the Major Crimes Task Force and was loaned to a DEA task force where he worked undercover in Mexico. Lencho had an outstanding career as a deputy sheriff, rising to the rank of Chief Deputy of Operations. He was involved in numerous international investigations and seizures of drugs at the US-Mexico border. Attached is Group Exhibit B with letters of commendation, stories about his heroism and integrity. Lencho was named the Outstanding Law Enforcement Officer of the Year at the age of 21 (B-8). The Laredo Times sets forth heroic acts by Lencho, that in their own words, read like an old movie script (B-9). He once was approached by dishonest cops, a lawyer, and members of a drug cartel to alter

critical testimony. He immediately reported this to the DEA and his supervisors. Lencho agreed to wear a recording device and met with the police officers and lawyer to assist in a future successful prosecution. Lencho continued his outstanding career as a law enforcement officer until 1983 when Sheriff Ortiz made his decision to run for a recently created congressional district.

In 1983, Lencho went to Washington, DC, and became the Chief of Staff for the newly elected Congressman. He remained in that position until May 2006. Attached are letters of commendation regarding Lencho's service as Chief of Staff to Congressman Ortiz. Included in this packet is recognition from President Ronald Reagan (B-7), Vice President George H.W. Bush (B-7), President George H.W. Bush (B-5), the Clinton Administration (B-10), and Congressional Committee Chairman Rangel (B-6). Lencho's time in Washington was well spent on behalf of the people of Texas and the United States, as both Group Exhibit B and A demonstrate.

Three retired Congressmen, Congressman Ortiz, Congressman Rodriguez, and Congressman Reyes, with full knowledge of what Lencho has pled guilty to, have provided letters of support describing Lencho's life of public service to assist this Court in understanding all the good Lencho has achieved, in support of a sentence framed in compassion and mercy.

Congressman Reyes discusses how he relied on Lencho's judgment, who was not his chief of staff, for over 16 years and that Lencho "built his reputation over a lifetime, earning the trust of law enforcement, elected officials, and families in his community through his honest work" (A-2). Congressman Rodriguez tells this court that "Lencho is a good man who is worthy of consideration for leniency due to his profound commitment to public service, kind demeanor, thoughtfulness, and strong work ethic. The results of this work show in the infrastructure improvements and legislative victories serving all our constituents and the residents of Texas broadly" (A-3).

The true measure of Lencho's work and lifetime of work is set forth in Congressman Ortiz's (Ret.) letter of support for Lencho. Congressman Ortiz had a unique position to observe Lencho, both as a law enforcement officer and his chief of staff. Congressman Ortiz sets forth the lasting impact that Lencho has had improving the living conditions with better paying jobs and increased trade impacting South Texas through his key involvement in the North American Free Trade Agreement (N.A.F.T.A). According to the Congressman, Lencho was responsible for insuring that their congressional district and the people of Texas would be among the agreement's greatest beneficiaries. Lencho served as the liaison between President George H.W. Bush's administration and Mexico's president during the negotiations of the agreement. Lencho was directly involved in helping bring reality to other landmark trade initiatives, always keeping American workers at the forefront. Lencho's service to the Congressman's office and constituents was "truly invaluable."

Lencho was instrumental in working closely with Judge Reynaldo Garza, Judge Filemon Vela, and Judge Hayden Head in securing funding and legislative approval for the construction of two federal courthouses, one in Brownsville and one in Corpus Christi. According to the Congressman, these distinguished edifices stand today as a testament to what dedicated public servants can accomplish when they put the needs of their community above all else. However, his role in those courthouses plays another significant role in Lencho's life. When Lencho went into the courtroom to enter his plea before this Honorable Court, he saw all the portraits of the prior Chief Judges of the District he had worked closely with. Seeing them brought about unbearable shame and remorse for the conduct underlying the charge that brought him into their presence. Congressman Ortiz opined that Lencho was the last hope for many people who needed the

assistance of the Congressional office and that Lencho was deeply driven to help these individuals. "Countless families in South Texas were helped because of the standard he set."

Lencho's unwavering service and commitment to individuals over the decades, both as a law enforcement officer and Chief of Staff, led Congressman Ortiz to "respectfully and sincerely ask that as you consider his sentencing, you weigh the full measure of this man's life, not just this moment, but the decades of genuine, courageous, and honorable service that define him (A-1)."

The same sentiment is articulated by David Garcia, the managing partner for Real Strategic Solutions, LLC. In his letter of support (A-4), he discusses how instrumental Lencho was in bringing millions of federal dollars for projects in South Texas that enhanced border security and funds for resources that kept citizens safe, citing for example was the elimination of 25 dangerous railroad crossings. Lencho continues to have a substantial positive impact upon his community.

After resigning as Congressman Ortiz's Chief of Staff, Lencho formed LR Global Consulting, LLC in 2006. LR Global has assisted individuals and companies from around the world to do business or locate themselves in the United States at the behest of American businesses or the United States government. LR Global assists American businessmen with cross-border trade. Lencho's admission of guilt and acceptance of responsibility before this Court has greatly impacted LR Global' s business.

**D. <u>Family and Dependents</u>**

Lencho Rendon and Maria Alicia Rendon have been married for over 43 years. Maria is 67 years old and unemployed. She is dependent upon her husband for financial support. They have two daughters. Erica K. Rendon is a 36-year-old working single mother. Although Lencho does not provide financial support for her, Lencho plays a significant role in assisting his daughter raising her four-year old son. The child's father resides in another state. Lencho thus takes him to

school, picks him up afterward, and takes him to many of his medical appointment such as taking him to a developmental specialist and to an occupational therapist on a weekly basis to assist him with meeting age-appropriate milestones. Lencho also spends one-on-one time with the child, teaching him life skills.

He has another daughter, Gabriella Rendon (31). She is an administrator for the Houston Independent School District. Lencho has a son from a prior marriage, Roberto Rendon. Roberto is 51 years old. He is married and has two children. He is a court administrator for the court in Corpus Christi, Texas. Lencho's incarceration would create a substantial hardship for his wife of 43 years.

**E. <u>Physical and Mental Health</u>**

Since his youth, Lencho has suffered from some serious medical conditions. As noted above, he was born with a serious medical condition that required multiple surgeries before the age of 12. His left arm and hand are shorter than normal and he is missing fingers. This condition is called a Congenital Arm Deformity, sometimes known as Dysmelia. Lencho has a torn rotator cuff that needs surgery. Lencho has been scheduled to undergo an MRI. Lencho has undergone back surgery in the past. The current MRI is to assist in determining whether additional back surgeries would be helpful. Lencho suffers from claustrophobia as evidenced by the doctor prescribing diazepam to assist Lencho while he is inside the MRI machine. These are additional factors that weigh against the imposition of a custodial sentence.

## III

## COMMUNITY INVOLVEMENT AND GOOD DEEDS

Lencho has made numerous positive contributions to the community through his government work as well as his volunteer and ongoing charitable endeavors. Since 2015, Lencho

has contributed $194,112.40[1] to charity. Many individuals from his community will attest to Lencho's community involvement and devotion to religious activities. Exhibit (A-4), Monsignor Michael Hera's letter of support attests to Lencho's stellar support of the Catholic Church's social and devotional outreach as well as to the community at large. The Monsignor personally witnessed Lencho's zeal, dedication, and commitment to the poorest of the poor and those in need of help. Lencho helped create and organize live broadcasting of church services on television and radio to facilitate the attendance of those members of the community who were unable to attend in person. Lencho personally donated the cameras, computers, broadcasting equipment, and other technology used for the broadcast. He also coordinated the arrangements with local television and radio stations to make it possible (A-4). Although Lencho was raised Catholic and is still an active participant in the Catholic Church, he also attends and supports other houses of worship that his wife attends because she is not Catholic.

Pastor Steve Coronado of the Solid Rock Church has provided a letter of support (A-9). Lencho has been a very generous contributor to Solid Rock Church. Lencho's relationship with Solid Rock Church began many decades ago when he worked with clergy in Nueces County to help form a ministerial alliance for local ministers to have access to the county jail and conduct religious services for the inmates. Lencho took those steps when he was a law enforcement officer assisting Sheriff Ortiz. These efforts enabled prisoners "to have hope, and it brought a life change for many inmates" (A-9). Lencho's assistance to the church continues today. Anytime they have a special need or project for the children, such as a Christmas toy drive or a back-to-school drive, Lencho is one of the church's most generous contributors. These are not acts done to enhance his appearance before this court for sentencing. For more than 40 years, Lencho has supported that

[1] We have provided the Probation Department with portions of Florencio "Lencho" Rendon's tax returns justifying the dollar amount.

church and its efforts to assist people. Lencho's consistent acts of charity and helping those less fortunate has led Pastor Coronado to view Lencho Rendon "as a man of character, kindness and integrity…He is doing so much good to our church and community and he deserves a chance to continue to prove himself a great citizen and a community life changer (A-9)." Lencho's faithful acts caused the pastor to ask this court to show compassion and understanding, to allow him to continue to be a member of the community doing good.

Lencho's efforts on behalf of the community are further supported by the administrative pastor of the First Christan Church of Alice, Elias R. Vasquez. Pastor Vasquez has known Lencho for over 44 years and observed him in professional, personal, and spiritual settings (A-11). Lencho has demonstrated a sincere commitment to serving others. The pastor has worked with Lencho during his 31 years in ministry and 17 years as a public official. Their paths crossed often in matters that were important and affected the community. Pastor Vasquez discusses how he worked closely with Lencho on significant infrastructure and housing initiatives that were vital to their small rural community of just 10,000 people. Lencho's effectiveness stood out, but more than that was his heart for the people who were being served. He understood that when he engaged in government actions, his actions were to benefit families, children, and elderly residents whose lives were directly improved by his effort. Pastor Vasquez states that beyond Lencho's professional contributions, he has been a consistent supporter of churches, nonprofits, and community organizations. Lencho's generosity has helped sustain ministries, including Pastor Vasquez's. Pastor Vasquez feels that Lencho's decades of public service, his generosity, and dedication to the community speaks to the true measure of who he is (A-11).

Lencho Rendon is also receiving support by the lead pastor of the First Christian Church of Alice, Moises Vasquez (A-10). Lencho is described as a vital and consistent supporter of the

work the church does, and that he has provided encouragement, mentorship, spiritual guidance, financial assistance, and resources to help the First Christan Church of Alice reach those most in need. Lencho is particularly focused towards orphans, underprivileged youth, individuals with disabilities, and families facing handicaps. In that regard, Lencho helped spearhead the acquisition of a 25-passenger bus to serve underprivileged youth in the church's community. Lencho Rendon's assistance goes beyond just monetary help. According to the pastor, Lencho has "opened doors for members of the congregation and community by creating internship opportunities and pathways into meaningful employment, including experiences connected to local government. Lencho does this quietly without expecting recognition, but with genuine care for others." Thirty years of observing Lencho's charitable deeds and acts has led the pastor to have the utmost respect and confidence to affirm Lencho's character and integrity to this court.

Lencho's desire to help underprivileged children goes far beyond the boundaries of his hometown or State. Dr. Cecillia B. Pezet, the president and founder of Ministerios DE of Amor, has written in support of Lencho to explain his assistance to an organization that takes care of children who live on the streets in Mexico City and other places in Mexico (A-12). The work of this outstanding organization is aimed at giving shelter, education, ongoing emotional and developmental support, aimed at restoring dignity and long-term social reintegration to children who have been abandoned. Lencho has helped many of the children transition into stable, productive lives. He has contributed pro bono consulting efforts and substantial financial donations. His support over the decades has been consistent, meaningful, and beneficial to the children in their care (A-12). According to Dr. Pezet, "Lencho has demonstrated a sustained commitment to the well-being of vulnerable children, and his actions reflect reliability, integrity, and a genuine concern for others". Dr. Pezet discusses how the full measure of his character should

be considered, and that his continued presence and support will make a profound difference to the lives who depend on the work of the organization. The common theme that runs through all of the letters is the level of character and commitment that Lencho has shown over the course of his lifetime for communities located in this country as well as Mexico. The belief of everyone from Congressmen to Pastors is that Lencho's conduct here was aberrant when compared to his lifetime of charitable acts and good deeds.

Lencho has garnered the support of retired law enforcement officials as well as judges. Roberto Saenz, a retired US Border Patrol regional chief and graduate of the FBI National Academy, brings up a recurring theme about Lencho. Over a 60-year period that Chief Saenz has had to observe Lencho, he finds him to be "a man of integrity, honesty, and who cares deeply about doing the right thing (A-5)." His extended knowledge and interactions with Lencho have led him to advise this court how much he respects Lencho's character. He understands the seriousness of the circumstances in which Lencho finds himself but wants this court to know the many "positive qualities and contributions that have defined his life over the years (A-5)." All the people who have written to this Court attest to Lencho's good character. These attestations justify a finding that the actions that bring him before this Court are an aberration of who he is.

Terry Shamsie was the first elected Muslim judge in Texas who served a four-year term as the Nueces County judge (administrative), and as a judge of the Nueces County Court 5. He has known Lencho for over 30 years and finds Lencho to "be a man of character, who is always willing to help, especially in moments when others turn away (A-8)." He viewed Lencho as an indispensable partner in assisting him confront the serious challenges that the county had in mental health services, healthcare access for elderly and the indigent. Lencho was an indispensable partner in addressing these problems. When the State of Texas substantially reduced mental health funding

to local counties, Lencho spent countless hours developing more efficient means of sustaining that level of service locally, ensuring that the most vulnerable residents were not left without care. Judge Shamsie has witnessed 30 years of Lencho's commitment to public service and his unwavering desire to help people, especially those at the lowest point of their lives (A-8). Former Judge Shamsie's statements in support of Lencho show that the actions that he engaged in at the request of Congressman Cuellar were an aberration of his lifetime of commitment to do good along with the integrity he continuously demonstrated for others.

Lencho's acts of kindness and mercy touched a wide range of lives like Mr. Jimenez, the president and CEO of International Consulting Engineers, whose family was invited to spend Christmas Eve at Lencho's house because he did not have family in the community (A-6). At midnight, Santa Claus (Lencho), came in and sat in the living room with presents labeled for every child in the house. Year after year, Mr. Jimenez's children would demand to go to Mr. Rendon's house because that is where Santa Claus went. No matter how busy Lencho was, he always made time for family and other families that were not as blessed as his (A-6).

Lencho's character and impact upon the community and individuals is seen again in Joseph Ramirez's letter (A-14). Lencho is his uncle and became his father figure. Mr. Ramirez's father died prior to his first birthday. Lencho was a lifeline to the Ramirez children at their lowest point. When they had no place to live, he stepped in and made sure they had a roof over their heads and their utilities were paid. Lencho was a provider and a spiritual leader to Joseph Ramirez and his siblings. Lencho has shown mercy countless times to them and to others, which is why all of these people from various walks of life ask this court to show leniency and mercy to Lencho because of his lifetime of good deeds and work. Lencho Rendon's impact upon the community through his

good deeds, financial commitments, mentoring, and consultation has improved the lives of many people in Texas and elsewhere.

Erika Rendon's letter of support to this Court has the eloquent language of love for her father (A-15). However, she describes a painting that hangs in their house that is very significant. It is a painting of a young boy shining shoes with an inscription in Spanish underneath advising people to never forget where they came from. All the letters that set forth the years of activities and good deeds that Lencho has performed during the course of his lifetime demonstrate that he has never forgotten where he came from and has used that as an incentive for good.

**IV**

**ACCEPTANCE OF RESPONSIBILITY AND REMORSE**

Lencho Rendon clearly accepted responsibility for his offense. He promptly pleaded guilty on February 7, 2024. Lencho truly accepted responsibility for his actions and has taken steps to offset those actions by engaging with the United States Attorney's Office early in the process, reaching an agreement to enter a plea of guilty and cooperate with their investigation. Lencho Rendon has engaged in extensive cooperation with the prosecution. As previously discussed in this document, Lencho has suffered a great deal of shame and remorse for his conduct.

**V.**

**REHABILITATIVE EFFORTS AND POST-OFFENSE CONDUCT**

Lencho Rendon has continued his employment with LRGlobal, LLC. However, he has lost a substantial number of clients because of his plea. Nevertheless, he has continued to engage in charitable programs and to assist various churches and charitable entities as the support letters set forth. However, there is a more recent and ongoing project that is worth a separate note. Monsignor Michael Heras of the Corpus Christi Hope House provided a general letter of support for Lencho

talking about his overall efforts on behalf of the program (A-13). In an updated letter (A-16), the Monsignor wants this Court to know about volunteer work that is currently being done by Lencho Rendon. He describes Lencho's effort to currently aid the mission that helps homeless pregnant women and families. Lencho currently engages in fundraising, finding strategic partners to help improve their case management for the thousands of clients they serve, and… "most recently he was able to raise the necessary funds for a public awareness program to alert the community about our critical mission." This is ongoing community service.

## VI.

## LETTERS OF SUPPORT

Attached hereto as **Exhibit A** and incorporated by reference are letters of support from individuals who know the Defendant personally and can attest to his character. These letters are from:

| Exhibit | Author | Relationship to Defendant |
|---|---|---|
| A-1 | Congressman Solomon P. Ortiz | Employer, Colleague |
| A-2 | Congressman Silvestre Reyes | Colleague |
| A-3 | Congressman Ciro Rodriguez | Colleague |
| A-4 | David Garcia | Colleague |
| A-5 | Border Patrol Chief Robert Saenz | Friend, Colleague |
| A-6 | Jesus J. Jimenez | Friend, Colleague |
| A-7 | Dr. Bruce Dunson | Friend, Colleague |
| A-8 | Terry Shamsie | Friend, Colleague |
| A-9 | Steve Coronado | Pastor |
| A-10 | Moises Vasquez | Pastor |
| A-11 | Elias R. Vasquez | Pastor |
| A-12 | Dr. Cecilla B. Pezet | Pastor |
| A-13 | Msgr. Michael Heras | Pastor |

| | | |
|---|---|---|
| A-14 | Joseph Ramirez | Nephew |
| A-15 | Erika Rendon | Daughter |
| A-16 | Msgr. Michael Heras | Pastor |

There are common themes that run through the letters of support, some of which have already been discussed. They can be classified into three types. There are letters where people discuss his public service. It includes his years in law enforcement and his time in the federal government sector. He is repeatedly described as an individual who is dedicated to the community and the betterment of the people who reside there. This is a theme that runs through his public sector employment as well as his private sector employment. Repeatedly, the people who have submitted support discuss that he is a man of integrity and character, and they make these statements with full knowledge as to what he has pled guilty to. In the words of Dr. Dunson, "Lencho has spent much of his life encouraging others, mentoring, and trying to do good in ways that the public never sees" (A-7). The letters demonstrate not only his character and commitment to the community, but that the behavior he stands before the court with is an aberration and not consistent with the individual that these folks have known both publicly and privately for decades. He is a man of integrity, and honesty is the consistent theme throughout the letters. Judge Shamsie attests to over 30 years of Lencho's commitment to public service and his unwavering desire to help people, especially those at the lowest point of their lives. The description by Judge Shamsie of Lencho is not as a person who simply helped people, but he helped them at moments when others turned away, which is a true measure of his character. The support letters that he received from retired Congressmen are a testament to his public service, but also to the good he brought to the state of Texas. They describe a man whose charitable acts and deeds preceded his plea in this case. His acts of kindness, generosity, and public service are what defines Lencho and is the

reoccurring theme of all the support letters. The most consistent theme in these letters is the recognition that this is a serious matter, but the authors sincerely ask this court to show mercy and compassion because of the character Lencho has demonstrated over the course of his lifetime.

## VII.

## SENTENCING CONSIDERATIONS UNDER 18 U.S.C. § 3553(a)

The "parsimony provision" of 18 U.S.C. § 3553(a) requires the Court to impose a sentence that is sufficient, but not greater than necessary, to serve the purposes of sentencing as set forth under §3553(a)(2). The Guidelines are advisory, and the Court must make an individualized assessment based on the full statutory record. Based on the full context of Lencho's life and the application of the § 3553(a) factors, a non-custodial sentence with some restitution as set forth in the plea agreement best approximates the requirements of the parsimony provision.

### A. Nature and Circumstances of the Offense

Lencho pleaded guilty to money laundering in violation of 18 USC 1956(h). However, §3553(a) requires the Court to consider more than just the charge before it, the Court is directed to consider the full context of the defendant's life and actions in making a sentencing decision.

### B. History and Characteristics of Florencio "Lencho" Rendon

Lencho is 76 years old, has no prior criminal history, and has spent much of his life in public service, law enforcement, congressional service, charitable work, and community support. Religious leaders, public officials, law enforcement figures, churches, and charitable organizations all describe Lencho as a man with deep ties to his local community, which he has served for decades. These community figures speak to Lencho's exemplary character even after being fully informed of the circumstances behind his voluntary guilty plea to ask this Court for clemency. The

voices of the individuals who wrote on Lencho's behalf depict a man who regularly works to improve the conditions of his community and family with his own time, finances, and effort. A prison sentence would punish more than Lencho, it would remove support from people who had no role in the offense and who continue to depend on him.

**C. Acceptance of Responsibility and Cooperation**

Lencho accepted responsibility in pleading guilty and by engaging with the United States early in the process, saving resources that would have otherwise been expended to take him to trial. His cooperation was extensive, assisting the government in its investigation and charging of a sitting United States Congressman. Lencho's cooperation reflects his decision to accept responsibility and try to undo some of the harm he caused.

**D. Seriousness of the Offense, Respect for the Law, and Just Punishment**

A probationary sentence reflects the seriousness of the offense, promotes respect for the law, and provides just punishment. Lencho stands convicted of a federal felony involving laundered money, and that conviction carries public judgement, reputational harm, financial consequences, and the continuing authority and supervision of this Court.

**E. Deterrence**

Lencho has been prosecuted, pleaded guilty, publicly accepted responsibility, and suffered substantial personal and professional consequences, including the loss of business opportunities, and the lasting stigma of a federal conviction. This stigma will follow him for the remainder of his life and for an individual who was active in electoral politics, a federal money laundering conviction effectively ends his ability to participate in politics. Lencho will no longer be able to

vote due to his felony conviction. Lencho's liberty interests will also be curtailed by the requirements the Court imposes on probation. Given his age, lack of criminal history, stable family ties, and cooperation, prison is unnecessary to deter future illicit conduct by Lencho.

A felony conviction, court supervision, meaningful conditions of probation, financial penalties, where appropriate, and the public consequences of this prosecution all send a serious deterrent message. The stigma imposed by a federal conviction and the restrictions on Lencho's liberty are significant public deterrents for anyone who would contemplate engaging in any similar conduct. Imposing a prison sentence to a cooperator after the main target of the investigation receives a presidential pardon could act as a deterrence for future cooperation by individuals the government seeks assistance from.

**F. Protection of the Public**

This Court need not impose a term of imprisonment to protect the public from the commission of future crimes by Lencho. He is 78 years old with no prior criminal history. He has long-standing family and community ties and has demonstrated both significant pre- and post-offense conduct inconsistent with any continuing danger to the public. Probation would allow the Court to monitor Lencho and will adequately protect the public from any concern the Court may hold of future offenses on Lencho's part.

**G. Medical Condition, Age, and Family Responsibilities**

Florencio Lencho Rendon's age, medical conditions, and family responsibilities also weigh against incarceration. He has lived with a significant physical disability since childhood, has ongoing medical issues including shoulder and back problems, and provides financial support for his wife. He is also deeply involved in the care of his young grandson, including school

transportation and medical appointments, making his presence important to innocent family members.

**H. Kinds of Sentences Available**

Probation is available for this offense. Probation reflects the seriousness of the offense, promotes respect for the law, provides punishment, and deters future misconduct. The Court may impose restrictions and reporting requirements to his probation sentence as appropriate, which would deprive Lencho of the ability to unilaterally change the circumstances of his life without seeking approval from a probation officer. Those conditions would punish, deter, and supervise Mr. Rendon while preserving his ability to support his family and continue productive service to the community.

**I. Avoiding Unwarranted Sentencing Disparities**

Lencho accepted responsibility and cooperated extensively in the investigation of a sitting congressman for public corruption. That congressman has been exonerated by an executive declaration of clemency. He is no longer before the Court.

Lencho's situation is analogous to that of a Tennessee defendant who also pleaded guilty to an offense and awaited sentencing after the principal defendant received a Presidential pardon. After President Trump pardoned the convicted public official in that case, the Tennessee Court granted the defendant's unopposed motion and reduced the cooperating co-conspirator's 8-month prison sentence to one year of probation. *Please see USA v. Smith, 3:22-cr-00078-1 from the U.S. District Court for the Middle District of Tennessee (Nashville).*

## VIII.

## CONCLUSION

Florencio Lencho Rendon respectfully submits this Position Paper and the attached supporting materials for the consideration of the United States Probation Office and the Court. Lencho requests that the information be considered in the preparation of the Presentence Investigation Report and, ultimately, in the determination of an appropriate sentence.

Respectfully submitted,

*/s/ Craig D. Tobin*

Craig D. Tobin*
TOBIN & MUÑOZ, LLC
IL Bar No. 3126532
70 W. Madison St., Suite 1950
Chicago, IL 60602
Tel: 312-641-1321
Fax: 312-641-5220
Email: ctobin@barristers.com

**ATTORNEY FOR DEFENDANT FLORENCIO "LENCHO" RENDON**

*****_Admitted pro hac vice_

By: */s/ Michael J. Wynne*
Michael J. Wynne
TX Bar No. 00785289
SDTX No. 0018569
GREGOR WYNNE ARNEY, PLLC
4265 San Felipe Street, Suite 700
Houston, Texas 77027
Telephone: 281-450-7403
Email: mwynne@gwafirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, a true and correct copy of the foregoing Defendant's Sentencing Position Paper and all attachments was served upon the following via electronic filing.

United States Probation Office
Megan N. Chester
Senior U.S Probation Officer
Southern District of Texas, Houston Division
515 Rusk Street, Suite 2301
Houston, TX 77002
713-250-5335
Email: Megan.Chester@txsp.uscourts.gov

Assistant United States Attorney
Rosaleen Tobin O' Gara
U.S. Department of Justice
Criminal Division
950 Pennsylvania Ave. NW
Washington, DC 20530
202-616-3508
Email: rosaleen.o'gara2@usdoj.gov

Aaron Jennen
U.S Department of Justice
National Security Division, Counterintelligence and Export Control Section
950 Pennsylvania Ave. NW
Washington, DC 20530
202-305-4693
Email: Aaron.Jennen@usdoj.gov

Garrett Coyle
Department of Justice
National Security Division, Counterintelligence and Export Control Section
950 Pennsylvania Avenue NW
Suite 7700d
Washington, DC 20005
202-598-2929
Email: garrett.coyle@usdoj.gov

Celia Ruth Choy
DOJ-Crm
Appellate Section
950 Pennsylvania Avenue NW
Washington, DC 20530

202-514-2000
Email: celia.choy@usdoj.gov

*/s/ Craig D. Tobin*
Craig D. Tobin

**Solomon P. Ortiz**

**Former Member of Congress**

April 7, 2026

The Honorable Lee H. Rosenthal

Re: CHARACTER REFERENCE LETTER

On Behalf of Florencio "Lencho" Rendon

Your Honor,

I write this letter with deep sincerity, asking that you give careful and compassionate consideration to the many years of honorable public service rendered by Florencio "Lencho" Rendon. My own life has been defined by public service: as an elected Constable, County Commissioner, Sheriff, and United States Congressman representing Texas's 27th Congressional District for 28 years. In my long career, I have known many men and women who wore a badge. Lencho Rendon stands among the finest.

I first met Lencho in 1976 at a Texas Narcotics Officers Association conference in Laredo, Texas, shortly after my election as Sheriff of Nueces County. When I was sworn in as the first Hispanic Sheriff in the history of Nueces County in January 1977, Lencho was ready to serve. Assigned to our Organized Crime Unit, he worked in a dangerous undercover capacity, building cases against major heroin and cocaine trafficking networks. His work helped lead to the indictment and conviction of scores of defendants across South Texas. Our community was made measurably safer through his public service.

Lencho's courage went well beyond that assignment. When a police captain offered him $10,000 to change his testimony in a drug case, Lencho did not waver for a moment. He immediately reported the bribery to me and to the DEA. He then agreed–at significant personal risk–to wear a wire to gather evidence against a corrupt law enforcement officer. His courage led directly to the captain's arrest and guilty plea. In a profession where integrity is everything, Lencho proved his beyond any doubt.

His dedication was equally recognized in his advancement. Rising to Chief Deputy Sheriff, he oversaw the County Jail, Criminal Investigations, Narcotics, and Patrol divisions, and personally coordinated the extradition of murderers and drug traffickers from Mexico and across the United States.

Throughout his law enforcement career, he also took opportunities to continue learning from experts in our field and attended the FBI National Academy at Quantico, the Federal Bureau of Prisons Jail Management School, and advanced DEA and DPS training.

In 1982, after six years as Sheriff of Nueces County, I made the decision to seek election to the United States Congress in a newly created district. Once again, I sought Lencho's guidance through three hard-fought campaigns: the primary, the runoff, and the general election. His commitment to strengthening communities across South Texas never wavered.

I was sworn in as a Member of Congress in January 1983, becoming the first Hispanic Congressman to represent Corpus Christi, Texas. Given Lencho's demonstrated loyalty, integrity, and lifelong dedication to public service, I made the decision to appoint him as my Chief of Staff, a position he would hold with great distinction for 24 years.

As Chief of Staff, Lencho directed the full operations of my congressional offices in Washington, D.C., Corpus Christi, and Brownsville, Texas. He served as my principal liaison to the White House, senior officials across the executive and legislative branches of government, and foreign dignitaries. He also served as a senior advisor to both the Texas Congressional Delegation and the Congressional Hispanic Caucus. This role required not only deep knowledge of the legislative process, but also the kind of trusted relationships that can only be built through years of being a reliable and trustworthy adviser.

Lencho served as my primary point of contact with four presidential administrations: Ronald Reagan, George H.W. Bush, William Clinton, and George W. Bush. Among his most consequential responsibilities was the thorough vetting and promotion of presidential appointments, including federal judges, United States Attorneys for the Southern Judicial District of Texas, and Regional Administrators for federal agencies throughout our state. This was work of enormous importance and sensitivity, and Lencho performed it with the rigor and discretion it demanded. His thoroughness was widely respected by me and by my colleagues across the congressional delegation.

Lencho always had a caring, humanitarian heart. He was consistently ready to lead initiatives that would improve working and living conditions both domestically and internationally. The US-Mexico border represented a critical trade corridor running through a major part of my congressional district, and high unemployment and low paying jobs in that region were among the district's most pressing concerns.

In 1992, I assigned Lencho to serve as the liaison between my congressional office and the administrations of President George H.W. Bush and Mexico's President Carlos Salinas de Gortari during the negotiations of the North American Free Trade Agreement (NAFTA). He was responsible for ensuring that our congressional district and the people of Texas would be among the agreement's greatest beneficiaries. His deep relationships and keen knowledge of Mexico's trade environment, culture, and political landscape allowed me to make the strongest possible case for the agreement, both in my district and in Congress. When this landmark agreement won legislative approval in the House and Senate and was signed into law by President Bill Clinton in December 1993, it opened the door to increased trade, better paying jobs, and improved living conditions throughout South Texas district.

During his tenure on Capitol Hill, Lencho was also directly involved in helping bring to reality the Central America Free Trade Agreement, the US-Singapore Free Trade Agreement, and other landmark trade initiatives. Always keeping American workers at the forefront, he organized trade delegations to Mexico, Central America, Singapore, Taiwan, and China. His service to my office and our constituents in advancing these efforts was truly invaluable.

Throughout my 28 years in Congress, I was privileged to serve as a member of the House Armed Services Committee, which is the committee responsible for authorizing over $750 billion dollars for our national defense. This assignment carried enormous responsibility, particularly for me, as my district was home to four military installations. Having the most capable and informed military advisors on my staff was absolutely critical. I trusted Lencho to oversee recruiting, hiring, and overseeing those staff members on a daily basis. His leadership ensured that I had the expert counsel needed to cast the right votes on behalf of my congressional district.

Lencho and my military affairs staff also maintained direct and ongoing communication with the Pentagon and with the base commanders in my district, ensuring that our troops had everything they needed and that our military capabilities continued to grow. This was crucial as the Corpus Christi Army Depot, the largest helicopter repair facility in the world, was located in my district during that time. Keeping that line of communication open and productive was a responsibility Lencho carried with the same quiet professionalism he brought to everything he did.

Your Honor, you well know, the extraordinary effort required to secure federal funding for courthouse construction. It demands persistent advocacy, deep knowledge of the legislative process, and the ability to build genuine bipartisan coalitions among both members and staff. Lencho brought all of that and more. Working closely with Judges Reynaldo Garza, Filemon Vela, and Hayden Head, he played an indispensable role in securing the funding and legislative approval for the construction of two federal courthouses in my congressional district — in Brownsville and Corpus Christi. Those courthouses stand today as a testament to what dedicated public servants can accomplish when they put the needs of their community above all else.

Equally important was Lencho's oversight of constituent services across my three congressional district offices in Corpus Christi, Kingsville, and Brownsville. This was deeply human, service-driven work. Every day, constituents walked through our doors facing serious problems with federal agencies: the Social Security Administration, the Department of Veterans Affairs, the Department of Defense, the Department of Housing and Urban Development, and many others. For many of them, my office was their last hope. Lencho's caring nature ensured that my staff approached every case with urgency, compassion, and a genuine commitment to finding solutions. Countless families in South Texas were helped because of the standard he set.

Your Honor, when I reflect on why I trusted Lencho Rendon to oversee my campaigns and legislative teams, I keep coming back to something that has nothing to do with titles or offices. Lencho and I understood each other at a fundamental level, because we came from the same place. We were both farm workers. We grew up in underprivileged families, in different parts of this country, where the weight of responsibility fell early on our young shoulders. We were both the lifeline for our siblings. That shared experience forged in each of us a deep and lasting commitment to public service, and I believe it is the truest explanation for everything Lencho accomplished in his career. He served because he knew what it meant to struggle, and he never forgot it.

I am deeply proud of Lencho's public service. He protected lives, refused corruption, placed himself in harm's way so that others might be safe, and spent decades quietly doing the hard, unglamorous work that makes government function with integrity and purpose.

Your Honor, I respectfully and sincerely ask that as you consider his sentencing, you weigh the full measure of this man's life, not just this moment, but the decades of genuine, courageous, and honorable service that define him.

Respectfully submitted,

Solomon P. Ortiz Sr.
Former Sheriff, Nueces County, Texas
Former United States Congressman, Texas 27th Congressional District

# SILVESTRE REYES

El Paso, TX | ChiefmcaBP@gmail.com


The Honorable Lee H. Rosenthal United States District Judge

Dear Judge Rosenthal,

I am writing on behalf of Florencio "Lencho" Rendon, whom I have known for over 45 years. In that time, I have watched him serve his community as a law enforcement officer, a public servant, and a trusted advisor. I can speak directly to his honesty, his dedication, and his character.

I first met Lencho in late 1979. I was an Assistant Regional Chief in Dallas when DEA asked for our help with a cocaine smuggling case in the Corpus Christi area that involved suspected local corruption. The newly elected Sheriff, Solomon Ortiz, needed someone he could trust. I was assigned to vet that person. Lencho was working undercover at the time, making cases under dangerous circumstances. He was the right man. He proved it then, and he continued to prove it for decades afterward.

After Sheriff Ortiz was elected to Congress in 1982, he appointed Lencho as his Chief of Staff. Lencho held that position until both men retired in 2010. That is 28 years of service to a single Congressman, which tells you something about the trust Solomon placed in him. When I ran for Congress in 1996, Solomon and Lencho helped me hire my staff and set up my offices. I relied on Lencho's judgment then, and I continued to rely on it throughout my 16 years in Congress.

What I want the Court to understand is this: Lencho built his reputation over a lifetime. He earned the trust of law enforcement, elected officials, and the families in his

**SILVESTRE REYES**
El Paso, TX | ChiefmcaBP@gmail.com

community through consistent, honest work. I have seen him in difficult situations. He does not cut corners. He does not abandon people. He takes responsibility. In all the years I have known him, through every challenge and pressure that comes with public service, Lencho has been someone I could count on. That has not changed.

I respectfully ask the Court to consider the full measure of who Lencho Rendon is and the life he has lived.

Sincerely,

Silvestre Reyes United States Army Veteran Member of Congress, 1997–2013

**U.S. Army Vietnam Veteran, 1966–1968**
**U.S. Border Patrol Chief, 1982–1995**

**U.S. Congress TX-16, 1997–2013**
Armed Services Committee, 16 yrs
House Intelligence Committee, 10 yrs
House Intelligence Committee Chairman, 4 yrs
Veterans Committee, 10 yrs

**Ciro D. Rodriguez**
**Former Member of Congress**

March 15, 2026

Re: Florencio "Lencho" Rendon

Dear Honorable Judge Lee H. Rosenthal,

I am writing as a character witness for and friend of Mr. Florencio "Lencho" Rendon. As background, I had the opportunity to meet Lencho when I served for 12 years in the Texas House of Representatives. Our paths converged again when I became a member of the U.S. House of Representatives and Lencho served as Chief of Staff for Congressman Solomon Ortiz.

For the twelve years I knew him when I was in congress, he showed a strong work ethic and commitment to public service. He modeled how to address the problems in our diverse communities, state and nation and served as a role model for his staff and other staffers. Mr. Lencho Rendon is unique in that he worked in both D. C. and Texas unlike other Chief of Staff who worked only in D.C. This gave him a unique perspective and deeper understanding of the district concerns and issues related to policy implementation.

For eight years, I served in the US House Armed Services Committee with Congressman Solomon Ortiz, Lencho's boss. One of Lencho's main focuses was national security, our soldiers, and military missions overall. My experiences with him were positive and productive. In particular, our infrastructure and military priorities were of vital interest since both districts have and maintain a strong military presence. Lencho was committed to supporting all our military personnel and missions.We successfully collaborated on legislation to turn Kelly Air Force base into Kelly Redevelopment and to convert Brooks Base to Brooks City Base. Both are now thriving sites for economic development and innovation in San Antonio. As Chairman of the Hispanic Caucus, we also collaborated on initiatives to support small businesses, and opportunities for international trade and economic development.

Lencho has an understanding of the cultural values that bind us. As someone who has worked with many individuals in my various roles, Lencho stood out as a hard working and committed public servant. He was professional, respectful and engaged in effective problem solving. As Chair of the Hispanic Congressional Caucus, I relied on Lencho during late, or long votes to help all the Caucus members by scheduling quick or late dinners for us to caucus as a group. His resourcefulness enabled us to be more efficient with our time, educate ourselves and create lasting bonds. He went beyond the call of duty. All of us appreciated his thoughtfulness, inclusiveness, professionalism and caring about our welfare.

**Ciro D. Rodriguez**
**Former Member of Congress**

During my 12 years as Congressman, Lencho was helpful when he did not need to be, sincerely genuine, and trusted us to be the best we could be. As an experienced Chief of Staff, he selflessly assisted others to succeed and help them be a voice for our constituents. This is just the type of person he has always been and continues to be. Mr. Lencho Rendon is a good man who is worthy of consideration for leniency due to his profound commitment to public service, kind demeanor, thoughtfulness, and strong work ethic. The results of his work show in the infrastructure, improvements and legislative victories serving all our constituents and the residents of Texas broadly.

Sincerely,

Congressman Ciro D. Rodriguez

United States House of Representatives

# REAL STRATEGIC SOLUTIONS, LLC

David A. Garcia | Managing Partner

March 1, 2026

The Honorable Lee H. Rosenthal
Chief Judge

Re: Florencio Lencho Rendon

Dear Judge Rosenthal:

I am writing to you to offer my support and letter of reference for Mr. Florencio Lencho Rendon who I have known for over thirty years. I met Lencho when I went to work in Washington, D.C. for Congressman Solomon P. Ortiz. Back then, Mr. Rendon was one of a handful Hispanic Chiefs of Staff in the United States Congress and his work on behalf of the District, State, and Country was instrumental in shaping the future policies and programs we see today.

Mr. Rendon has always worked to ensure the needs of South Texans were being heard and met in his role as an advisor. The Rio Grande Valley is home to a large cluster of Veterans and among his priorities was working to ensure Veterans along with a Veterans Clinic were established in deep South Texas. Many times the office hosted VA Secretaries to impress upon the importance of this issue.

Mr. Rendon was especially cognizant of constituent relations. There was never ever a time when the constituent assistance was not at the top of the list. Every week we discussed a constituent report and the length of time it took casework to get completed. He was always insistent that we work on behalf of those most in need and needed constituent support in their greatest time of need.

Additionally, Mr. Rendon worked to bring millions of federal dollars for projects in South Texas. Enhancing border security: securing budget for resources that would keep citizens safe, including adequate staffing for border inspection teams and state-of-the-art x ray machines along with improving international railroad infrastructure which included a railroad relocation project and moving rail and eliminating more than 25 dangerous railroad crossings.

He always provided mentorship and guidance and helped many young Hispanic professionals like myself climb the staff ladder, something that was not easy to do during the 80's and 90's. He was looked upon as a steady consistent leader. I still to this day use many of his leadership techniques in my day-to-day work.

Thank you for your consideration.

David A. Garcia
Managing Partner

P.O. Box 32, Olmito, Texas 78575

Office: 956-255-8595 | Mobile: 956-579-9714

March 12, 2026

The Honorable Lee H. Rosenthal

United States District Judge

Dear Judge Rosenthal,

My name is Roberto Saenz. I am a retired United States Border Patrol Regional Chief and a graduate of the FBI National Academy. I am writing this letter on behalf of my longtime friend, Lencho Rendon, as you consider matters related to his sentencing.

I have known Lencho for most of my life. Our friendship began when we were young boys growing up in Laredo, Texas. In those early days, Lencho, my brothers, and I worked together shining shoes and selling newspapers around town. Even as kids trying to earn a few dollars, I came to know Lencho as someone who worked hard, treated others with respect, and took pride in doing things the right way.

Our friendship continued as we grew older and eventually pursued careers connected to public service and the law enforcement community. Over the years, our paths crossed professionally as well as personally, and our shared background and experiences strengthened the bond we had formed as children.

During my time working with the United States Border Patrol, Lencho and I also collaborated on legislative matters in Washington, D.C., particularly on issues related to border security and immigration policy. In those discussions and meetings, I saw firsthand his professionalism, thoughtful approach to complex issues, and his sincere commitment to public service.

Throughout the many years I have known Lencho, I have consistently found him to be a man of integrity and honesty. In both his professional and personal life, he has always demonstrated a strong sense of responsibility and dedication to the people and communities he served. My experiences with him, spanning from childhood to our work in government and public service, have shown me a person who cares deeply about doing the right thing.

Our friendship has endured for decades, and during that time I have come to know Lencho not just as a colleague but as someone whose character I respect. While I understand the seriousness of the circumstances that bring this matter before the Court, I believe it is important that the Court also know the many positive qualities and contributions that have defined his life over the years.

Thank you for taking the time to consider my perspective. I appreciate the Court's attention to this matter. I may be reached directly at 210.643.4300 for questions or additional information.

Respectfully,

ROBERTO SAENZ

Retired U.S. Border Patrol Regional Chief

Graduate, FBI National Academy

ICE
INTERNATIONAL CONSULTING ENGINEERS

March 2, 2026

**Honorable Lee. H Rosenthal,**

Re: Lencho Rendon

I have had the honor and distinction of calling Lencho Rendon a great friend for over 22 years. I met Mr. Lencho Rendon when I was a young engineer working for an engineering firm. I volunteered in campaigns and got to know Lencho very well. Lencho was always there to lend a helping hand, he challenged staff, mentored, and was a great leader. When mentoring us, he would say "don't tell me that it can't be done, show me how it can be done". His leadership was that one of a problem solver, a servant to anyone that walked into his life. Being around Lencho I got to know a man that so many people looked up to with great respect and appreciation. He always started conversations with "how is your family, how are your kids, your wife / husband". He is a family man.

As the years went by, I married my wife (Anna) of now 21 years and have two daughters Victoria and Julianna and a son Jesus J. Jimenez, Jr. One of the fondest memories and one that I carry in my heart is that of Christmas at the Rendon residence. With little family of our own, my wife and I were invited to spend Christmas Eve at Lencho's; just after midnight, someone unexpectedly knocked on the door. There he was, Santa Clause, it was Lencho, dressed up as Santa Clause, he would come in and sit in the living room with a sack of presents marked and labeled for every kid in the house. He knew all the kids names and you could see the amaze in the kids eyes. I will never forget that, after that first year we were invited to the Rendon residence year after year, Victoria and Julianna would look forward to going to Mr. Lencho's because they would say "Santa Clause goes there". Even though Lencho had an extremely busy schedule he always made time for family and I am blessed that he made my little family part of his. Victoria is now eighteen and Julianna sixteen and they still remember fondly.

As I continued my engineering career, I decided to take the risk and open my own Engineering Company. Lencho was one of my strongest supporters, as a champion for small business he gave me advice, encouragement, guidance, and put the saying back in my head "don't tell me it can't be done, show me how it can be done". He introduced me to potential clients and would always speak highly of me. Lencho's belief in me encouraged me and fueled my passion to succeed. If someone like Lencho believed in me, there was no room for failure. God has blessed me abundantly; I have now been in business for over fifteen years and have offices throughout the State of Texas.

I believe in God and destiny, and I feel Lencho is in my life to instill integrity, hard work, and the value of family. Family is the foundation that brings everything together and that's what I learned from my Dear Friend and mentor Lencho Rendon.

261 Saratoga Blvd • Corpus Christi, TX 78417 • Ph 361.826.5805 • Fax 361.826.5806 • TBPE FIRM #F-10837

I humbly and respectfully submit this letter to support my dear friend and ask, before his sentencing, that you consider all the good deeds and the many lives Lencho has touched throughout his life. I am one of those touched by him.

Sincerely,

Jesus J. Jimenez, PE
President / CEO
International Consulting Engineers

Metrica, Inc.™

March 12, 2026

The Honorable Lee H. Rosenthal
Re: Letter of Support for Florencio "Lencho" Rendon

Your Honor,

My name is Dr. Bruce Dunson. I am respectfully submitting this letter in support of Florencio "Lencho" Rendon, a true friend and trusted partner whom I have known for more than thirty years.

I met Lencho in the early 1990s, a pivotal period for my family's small business. At the time, we were pursuing a technology contract with the U.S. Department of the Treasury—an opportunity that could have determined whether our company would grow or fail. Lencho was introduced to me as a congressional staffer and a strong advocate for minority-owned small businesses. From the beginning, he treated our work and our concerns with seriousness and respect. He understood the steep challenges small businesses face when competing against much larger enterprises, and he valued the innovation and economic development that small companies bring to their communities.

During that project, Lencho helped us navigate a complex negotiation involving international stakeholders whose participation was required to supply more than 20,000 refurbished notebook computers to the federal government. I still remember a moment when the discussions became so difficult that I was ready to walk away entirely. Lencho, in a way that reminded me of a coach guiding a team through a hard moment, encouraged us to stay focused and return to the table. His calm counsel and steady encouragement helped us move forward. That experience not only helped our business—it began a friendship that has endured for decades.

Over the years, what has stood out most to me is Lencho's character. He has consistently shown fairness and integrity in how he treats people, regardless of race, religion, or gender. He asks for honesty, for truthfulness, and for the effort to do what is right. In my experience, Lencho is a servant leader who shows up quietly and consistently, without needing recognition.

Our friendship has extended far beyond professional settings. Our families have shared a life. Our children grew up during the same seasons; we have exchanged the joys and worries of raising toddlers, then teenagers, and later watching them become adults. We have celebrated milestones—birthdays, graduations, holidays, and the blessing of grandchildren and great-grandchildren. In between those celebrations are the moments that reveal who a person truly is: the check-in phone call, the offer of help, the thoughtful advice, the steady presence. Lencho has been that kind of friend to me.

I understand the seriousness of the matter before the Court, and I do not write to minimize it. I write only to share what I know of Lencho as a human being and as a longtime member of his community: a man who has spent much of his life encouraging others, mentoring, and trying to do good—often in ways that never become public.

I also believe in the power of mercy when it is warranted. Many years ago, I had the privilege of working in public service and community-based initiatives, and I learned that accountability and compassion can coexist. In that spirit, I respectfully ask the Court to consider Lencho's history, his character, and his capacity for positive change as you determine an appropriate outcome. I am confident that any mercy shown will be repaid many times over with the gratitude and good deeds that Lencho will continue to do for others. The Lencho, whom I know and have seen, is remorseful, reflective, and committed to doing better.

Thank you for your time and consideration.

Respectfully submitted,

Dr. Bruce Dunson,
President

**LAW OFFICE OF TERRY SHAMSIE**
**4002 Castle Valley Drive**
**Corpus Christi, Texas 78410**
**(361) 960-6300**
**SBN: 18089800**
terryshamsie@hotmail.com

March 15, 2026

Dear Honorable Judge Lee H. Rosenthal:

My name is Terry Shamsie. I have been a licensed attorney in the State of Texas for over 38 years. My legal experience includes a four-year term as Nueces County Judge (Administrative), two years as Judge of Nueces County Court Number 5 (Juvenile and CPS), and two years as an Assistant County Attorney at the outset of my career. I have also been appointed by various courts as a special prosecutor in serious felony criminal cases.

Early in my career, I was mentored by Mr. Julius Lytton, a lawyer in East Moline, Illinois, who taught me something I have carried my entire life: empathy for others and helping those in need are the greatest traits a lawyer — or any public servant — can possess.

I have known Lencho Rendon for well over 30 years, during which time he served as Chief of Staff for former Congressman Solomon Ortiz. During my tenure as Nueces County Judge (2002–2006), our community faced serious challenges in mental health services, healthcare access for the elderly and indigent, and rural road and bridge infrastructure. Lencho was an indispensable partner in addressing each of them.

He lent his expertise to help secure funding for a new healthcare clinic on the westside of Nueces County — a facility the community had struggled for years to establish — providing medical care to the working poor and elderly. When the State of Texas substantially reduced mental health funding to local counties, Lencho spent countless hours developing more efficient means of sustaining that level of service locally, ensuring our most vulnerable residents were not left without care.

In August 2005, Hurricane Katrina created an urgent humanitarian crisis along the Gulf Coast. While many communities resisted accepting evacuees, Nueces County opened its doors. Lencho was a critical resource in facilitating the transportation and resettlement of displaced Louisiana residents — people who needed immediate food, shelter, clothing, medical care, and financial assistance. His efforts ensured they had the time and support necessary to rebuild their lives, whether in Nueces County or elsewhere. It was the proudest period of my public service, and Lencho's empathy and leadership were central to it.

Lencho Rendon and his family will always be welcome in our home. I have personally witnessed 30 years of his commitment to public service and his unwavering desire to help people — especially those at the lowest points of their lives. I have not merely observed this; I have been a beneficiary of it.

I pray this letter offers meaningful context as you consider sentencing. What has always distinguished Lencho is not simply that he helped people — it is when he helped them: moments when others

turned away. That timing was the true measure of his character, and I respectfully ask that it be weighed accordingly.

Thank you in advance for your kind consideration.

Sinceerely,

Terry Shamsie

3035 Ayers
Corpus Christi, Texas 78404
(361) 887-6465

solid rock church

Pastor
Steve Coronado
Steve Coronado, Sr.

To the Honorable Judge Lee H. Rosenthal:

My name is Steve Coronado, pastor of Solid Rock Church in Corpus Christi, Texas where I am a founding pastor of our church that has existed for over 38 years. I am writing this letter on behalf of Lencho Rendon, a faithful member and church attender for several years.

Our relationship with Mr. Rendon began many years ago when he worked with the clergy here in Nueces County as he helped form a ministerial alliance to local ministers to have access to the county jail and conduct religious services to the inmates. At that time, he was assisting the sheriff Solomon Ortiz, who later became our U.S. Congressman. We are very grateful to his efforts to enable us to bring much hope and life change to many jail inmates.

Throughout the last several years Mr. Rendon has been a very generous contributor to Solid Rock through his charitable donations and faithful tithing to our local church. Every time we have had a special need or a special project for the children, youth, or projects such as our Christmas toy drive, back to school shoe drive, youth camps, he has been more than generous in his contributions to bless these children and families. Our church provides meals to needy families and again, Lencho has always been ready and available to give and support these charitable efforts.

Lencho has shown himself as a devoted Christian and devoted to our mission as a church as he and his wife have lived out their faith in action and shown so much of the love of God to our church and community.

I have always seen Lencho Rendon as a man of character, kindness, and integrity. Therefore, I am asking the Court to show compassion and understanding to his case as I believe he is doing so much good to our church and community. Please take into account his compassion, generosity, and kindness in the matter at hand. He deserves a chance to continue to prove himself a great citizen and a community life changer. Thank you so much.

Sincerely,

Steve Coronado
Pastor
Solid Rock Church

To Whom It May Concern,

Thank you for your time and consideration. I am writing this letter as a character reference for Mr. Florencio Lencho Rendon, a man I have known personally and professionally for over 30 years.

My name is Moses Vasquez, and I currently serve as the Lead Pastor of First Christian Church in Alice, Texas. I have served in ministry for more than 30 years, including roles as a music minister, associate pastor, youth pastor, and now lead pastor. For the past 15 years, my ministry has been focused on serving a bilingual congregation and the surrounding community.

Throughout my time in ministry, Mr. Rendon has been a vital and consistent supporter of the work we do. He has provided encouragement, mentorship, spiritual guidance, financial assistance, and resources to help our church reach those most in need. His heart has always been outwardly focused—particularly toward orphans, underprivileged youth, individuals with invisible disabilities, and families facing hardship.

Mr. Rendon has played a key role in numerous ministry projects. Among them, he helped spearhead the acquisition of a 25-passenger bus to serve underprivileged youth in our community. He also helped organize and fund collaborative efforts that provided reliable transportation for youth programs. For over 20 years, he and his wife have been faithful supporters and tithers to both Iglesia Cristiana Betel and First Christian Church, consistently going above and beyond when needs arose—whether emergency repairs, fundraising efforts, or unexpected challenges.

Their generosity extends far beyond finances. Mr. Rendon has helped open doors for members of our congregation by creating internship opportunities and pathways into meaningful employment, including experiences connected to local government. He does these things quietly, without recognition, and with genuine care for others.

As a professional and public servant, Mr. Rendon is someone whose integrity I have never questioned. In my many years of ministry, individuals who consistently live out their faith through action are rare, and Mr. Rendon is one of them. I consider him not only a colleague, but a friend, a brother in Christ, and a trusted partner in ministry.

It is with the utmost respect and confidence that I affirm his character and integrity. I sincerely hope this letter is received in the spirit in which it is written and given thoughtful consideration.

Respectfully,

Moises Vasquez

Moises M. Vasquez

Lead Pastor, First Christian Church - Alice, Texas

**Dear Honorable Lee H. Rosenthal,**

My name is Elias R. Vasquez, and I respectfully submit this letter in support of my dear friend, Lencho Rendon, before his sentencing. I have known Lencho for more than 44 years, and I am grateful for the opportunity to share my perspective with the Court.

Over the course of our long friendship, I have had the privilege of observing Lencho in many settings—professional, personal, and spiritual. Throughout these decades, he has consistently demonstrated integrity, humility, and a sincere commitment to serving others. His character has always been marked by honesty, kindness, and generosity. He is a just man who strives to do what is right, fair, and honorable.

Professionally, Lencho and I worked together as public servants and business administrators. During my 31 years in ministry and 17 years as a public official—including my time in city government—our paths crossed often in matters that affected our community. Lencho served as Chief of Staff to the Honorable Congressman Solomon P. Ortiz during a period when I worked in local government as a grants administrator and later as Mayor Pro Tem of Robstown. In that capacity, I worked closely with him on significant infrastructure and housing initiatives that were vital to our small rural community of just over 10,000 residents.

What always stood out to me was not only his effectiveness, but his heart for the people being served. These projects were never abstract tasks to him. They represented families, children, and elderly residents whose lives would be directly improved by those efforts. His leadership style has always been friendly, collaborative, and hardworking. He promotes teamwork and is naturally respected by his peers and colleagues.

Beyond his professional contributions, Lencho has been a consistent supporter of churches, nonprofits, and community organizations. His generosity has helped sustain ministries—including my own—, and he has always given quietly, without seeking recognition. I believe this reflects his genuine faith and the sincerity of his character.

While no one is defined by a single chapter of their life, I firmly believe that Lencho's decades-long record of public service, his generosity, and his dedication to his faith community speak to the true measure of who he is. I respectfully ask the Court to consider his lifetime of service, his contributions to both church and community, and the positive impact he has had on countless individuals.

For these reasons, I humbly request that the Court consider a minimal and compassionate sentence.

**Respectfully,**

Elias R. Vasquez, Administrative Pastor of First Christian Church of Alice

2/24/26

MINISTERIOS DE AMOR

Mexico City, 26th march 2026

To whom it may concern,

My name is Dr. Cecilia B. Pezet, I write in my capacity as President and Founder of Ministerios de Amor, A.C., a nonprofit organization that for more than three decades has provided comprehensive care to children living in situations of street exposure and abandonment. Our work includes shelter, education, and ongoing emotional and developmental support aimed at restoring dignity and enabling long-term social reintegration.

Through this work, we have witnessed the significant and lasting impact that structured care and guidance can have on children facing severe vulnerability. Many of the children we serve are able to transition into stable, productive lives, contributing positively to their communities.

I respectfully submit this letter to acknowledge the pro-bono consulting and substantial financial donations of Mr. Florencio Rendón. His support has been consistent, meaningful, and directly beneficial to the children in our care. His involvement has contributed to the continuity and effectiveness of our programs and has helped improve the conditions and opportunities available to those we serve.

Mr. Rendón has demonstrated a sustained commitment to the well-being of vulnerable children. His actions reflect reliability, integrity, and a genuine concern for others.

I write not only as an advocate for the children Mr. Rendón has helped, but as a witness to the quiet and enduring generosity he has shown over nearly a decade. I humbly ask that Your Honor consider the full measure of his character and the profound difference his continued presence and support would mean to the lives of those who depend on the work of our organization.

Thank you for your consideration.

Respectfully submitted,

Dr. Cecilia B. Pezet
President and Founder
Ministerios de Amor, A.C.

Actipan 16 Col. Insurgentes Mixcoac, 03920, CDMX. Tel. 55 5611 1111
www.ministeriosdeamor.org.mx

**Msgr. Michael Heras**
**Homeless Prevention Case Management**
**Corpus Christi Hope House**
**3226 Reid Drive**
**Corpus Christi Texas 78404**

24 March 2026

To Whom it may concern:

I present myself in testimony by way of this communication to attest to the high quality of character and noble nature of Lencho Rendon. It has been my great privilege to know him through our many years together at Our Lady of Perpetual Help (OLPH) Church in Corpus Christi Texas and through the work he was able to accomplish in service to the parish and by extension, to so many in the area. Among those I would like to name just a few:

He was able to create and organize the live broadcasting of church services on television and radio so the message of the Gospel could reach members of the community who were unable to attend in person. To that end, he personally donated the cameras, computers, broadcasting equipment, and other technology used for these broadcasts, as well as coordinating arrangements with local television and radio stations to make the broadcasts possible. (Carlos Lopez re; Magic 104.5, Lopez Broadcasting).

His involvement as a parishioner, including participation in the Men's Ministry and serving as an usher during Sunday services was stellar and his commitment to supporting the church through regular tithing and charitable giving was amazing.

However, beyond the measurable contribution Lencho has provided for our church and community, I personally witnessed his zeal, dedication and commitment to the poorest of the poor and those in need of hope.

In closing, I make heartfelt prayerful appeal to the Court for compassion, based on my knowledge of his character and faith.

Sincerely yours in all that is good and trustworthy,

Msgr. Michael Heras

**To the Honorable Judge Lee H. Rosenthal,**

My name is Joseph Ramirez, I am writing this letter on behalf of my uncle, Lencho Rendon. To call him merely an "uncle" is a profound understatement. My father passed away before my first birthday, and the only father figure I have ever truly known is my uncle.

His mentorship was the foundation of my childhood. He ensured we never started a school year without new clothes or a football season without new cleats. He provided the joy of childhood trips to Laredo and Corpus Christi, but more importantly, he provided a lifeline during our lowest points. When my mother, my siblings, and I found ourselves with nowhere to live, my uncle stepped in. He made sure we always had a roof over our heads and that our utilities were paid. He was the primary source of protection we knew.

At a young age, I was inspired by his professional life. I knew he worked in Washington, D.C., and I remember seeing a photograph of him with President Reagan. That image planted a seed in me; I knew then that I wanted to make it to Washington one day myself. My uncle encouraged me to join the debate team, and I eventually found success, qualifying for the UIL state tournament during my sophomore year.

I was excited but deeply anxious—I knew the other competitors would be wearing suits, and I had none. Two weeks before the tournament, a friend of my uncle's arrived at our apartment and took me to buy two suits, shirts, and ties—the "whole nine yards." It had all been arranged and paid for in full by my uncle. He didn't just want me to show up; he wanted me to stand tall and feel like I belonged.

Beyond being a provider to my 4 siblings and I, he has always been our spiritual leader. While we loved him, we also respected—and at times feared—his presence. He was a tall man with a deep voice and a stern look, but his heart was centered on faith. I carry his words with me to this day: *"If you don't believe God is real or that He can help you, make Him prove it to you."* Through his actions, he showed us that we are here to serve God and that we exist because of His mercy.

My uncle has shown us mercy countless times, from our childhood into our adult lives. That is why I am writing to you today. My uncle has always been a man of grace, but today we humbly ask for your mercy. He is one of the kindest men I know—a man who has literally given the shirt off his back and once even ran into a burning home to save a family. He is the person who steps up when others walk away.

The Book of Proverbs instructs us to judge fairly. I ask that you take his lifetime of selflessness and service into account. I can think of no person more deserving of your leniency.

Respectfully,

Joseph Ramirez

Dear Honorable Lee H. Rosenthal,

My name is Erika Rendón, and I am writing to you today to respectfully request that you consider my father's character and his role as the pillar of our family as you prepare for his sentencing.

One of the rarest treasures of this life is to share a bond with your parents that only deepens as they grow older. From as early as I can remember, my father demonstrated his love and care for me, my siblings, and our extended family through continuous acts of service. The seeds of care and compassion were sown in his heart and home where he was raised along the southern border in Texas.

My father grew up in extreme poverty and made incredible sacrifices to ensure that neither me nor my siblings experienced the hardship he faced in his childhood. That grit made its first appearance at a very young age when my dad started working at just eight years old shining shoes to earn a few extra coins each day so he could contribute to the limited groceries that needed to be split between him and his nine siblings. Today, when someone enters my home, they are greeted by a painting on the wall of an adolescent boy polishing a man's boot that sits atop a wooden box filled with shoe shining supplies. Underneath this art is an inscription that reads *"que no se nos olvide de donde venimos"* or "may we never forget where we came from." This message served as the foundation of my upbringing, and it is at the core of the values that I now pass down to my four-year-old son, who my father loves dearly.

As a young girl, my fondest memories of my dad were cooking alongside him in our backyard getting ready for the weekly *carne asada*, or traditional Mexican-American barbecue. This weekend tradition in our family dates back to a time before my parents met. In high school, my friends always knew they could walk right up our driveway and through the back gate to get a good plate of hot food. Today, there is no question of if we're getting together, only when, what we're cooking, and how many friends or family may be joining us. I consider it a blessing to be able to share this experience now with my son, who joins my dad at the grocery store to select the food we'll make together and bond over during conversations at the dinner table. My dad always ends these nights packing up a few plates for the neighbor and his family to enjoy. These multi-generational gatherings would not be possible without my father.

Less than two years ago, after a difficult separation, I relocated back home to Texas. My father helped me navigate one of the most emotionally challenging chapters of my life and was the light that my son needed during that season. I thought I knew the depths of my father's love, but seeing him with my son, his grandson, has shown me his heart is bigger than I'll ever know. Twice each week, my father takes my son to see both a play therapist and an occupational therapist who teach us strategies to support my son through this life transition. My son also attends a half-day preschool program, and my father steps in to pick him up, and then spends time with him in the afternoon teaching him life skills in our backyard. As a single parent who works in a demanding corporate environment for a Fortune 2 company, this support is invaluable. My son's father lives out of state and my father's presence has provided my son with a consistent, patient, and caring male role model. It has been life-changing to live just ten minutes away from my parents who are at the center of our village.

I understand the matter before your court is serious. I pray and humbly ask that you choose leniency and weigh my father's love, commitment, and need to our family as you determine his next chapter.

Respectfully,

Erika Rendón

Erika Rendón

# Corpus Christi Hope House, Inc.

*"Hope for families, mothers, children and babies in need"*

**LETTER OF REFERENCE FOR LENCHO RENDON**

05 June 2026

The Honorable Lee H. Rosenthal
515 Rusk St # 11535
Houston, TX 77002

Your Honor,

My name is Msgr. Michael Heras, and I currently serve at our local agency commonly known as Corpus Christi Hope House which has been in existence for more than forty years. My area of expertise lies in the role of Senior Case Manager for Homeless Prevention in the City of Corpus Christi, working closely with our agency, its goals and ambitions, and the ESG Federal grants that seek to address, curtail and hopefully, one day, eliminate homelessness in our area. The purpose of this letter is to inform you and describe the greatly appreciated and much-needed volunteer work that is currently provided by Lencho Rendon.

The critical mission and goals of Corpus Christi Hope House depend on positive generosity and selfless help on the part of many people like Mr. Rendon. We currently have an upward number of clients served that has reached 20,000 individuals. Among these served are actual homeless pregnant women have no other place to go, families of all shapes and sizes that are facing eviction and homelessness, over 500 individuals who are functionally homeless, and struggling families who need counsel, rehabilitation, supportive community, and a chance for a better life. Over 100 women and children are sheltered yearly in our facility as we prepare them for an independent and productive life. Over 700,000 diapers are distributed annually along with several tons of formula along with clothing, baby items, and food.

Lencho Rendon has utilized his talents and community contacts to promote this great mission which entails fundraising, finding strategic partners to help improve our case management for the thousands of clients we serve, and the all-encompassing need for marketing and development strategies. Most recently he was able to raise the necessary funds for a public awareness program to alert our community about our critical mission.

Should you have any questions, please contact me directly. Thank you for your time and consideration of this communication.

Msgr. Michael Heras

Msgr. Michael Heras, Homeless Prevention Senior Case Manager
Corpus Christi Hope House

February 2, 1979

Captain Rendon,

Thank you for making us feel so welcome when Tony, Dennis and I were in Nueces County last month.

Tony had told me a great many good things about you and your department and I'm convinced he was completely accurate.

Your reputation and dedication to law enforcement surely serves to enhance the image of your department. Your professionalism has a positive effect on police work throughout Texas.

I am proud to have had the opportunity to meet you and I'm anxious to get to know you better.

If I can ever be of any assistance to you or your department please contact me.

Dayne Bailey

SHERIFF Austin, TX

BILL M. WHITE
CRIMINAL DISTRICT ATTORNEY

BEXAR COUNTY COURTHOUSE
SAN ANTONIO, TEXAS 78205

Sheriff Solomon J. Ortiz
C/O Nueces County Courthouse
Corpus Christi, Texas 78401

June 7, 1979

Dear Sheriff Ortiz:

I would just like to take this opportunity to compliment your staff, specifically Captain F. H. Rendon, Art Serrano and Fred Hill for the professional job they did in the investigation, apprehension and prosecution of Adan Loma, a defendant in a 400 lb. marihuana possession case which I tried last week in San Antonio.

Because of the quality work done in cooperation with the Bexar County Metro Squad, the jury had no hesitation in convicting and sentencing the defendant to nine (9) years detention in the Texas Department of Corrections and a $5,000.00 fine.

It was a pleasure for me as a prosecutor to work with members of your staff, I would not hesitate to try any case in the future in which these men are involved.

My compliments to you and your staff.

Sincerely,

Wayne Hampton

WAYNE HAMPTON
Assistant Criminal District Attorney

WH/jj

cc: Bill M. White
Criminal District Attorney
Bexar County, Texas

DEPARTMENT OF THE TREASURY
UNITED STATES SECRET SERVICE

FILE 315-830.0

June 4, 1979

Room A602, Federal Building
727 East Durango Street
San Antonio, Texas 78206

Sheriff Solomon Ortiz
Nueces County Sheriffs Department
Corpus Christi, Texas 78403

Dear Sheriff Ortiz:

On June 1, 1979, a United States Postal vehicle was broken into in San Antonio and approximately eighty (80) U. S. Treasury checks were among the items stolen before they could be delivered to the addressees.

It was learned that a short time after the theft several persons had obtained identification from a merchant in the one hundred block of East Houston Street who prepares ID cards for sale. They became suspect because the addresses they furnished for the ID cards were located in the area to which the checks were inscribed.

Special Agent Mike Jordan proceeded to the arts studio which had prepared the ID when he learned the suspects had returned for additional cards. He was joined by a local Postal Inspector and their surveillance disclosed that at least six persons were involved, three of them remaining in an automobile illegally stopped on East Houston Street with the engine running. When it became apparent the suspects were suspicious and the automobile and its occupants began to leave the area, Agent Jordan and the Postal Inspector stopped the vehicle and arrested the suspects.

Agent Jordan tells me that Captain Florencio Rendon and Agent Fred Hill, assigned to the Nueces County Major Crimes Task Force, happened to be in the area, observed what was taking place, and participated in the arrests. and handling of the six prisoners.

For your information, and for the information of Captain Rendon and Agent Hill, all six prisoners were taken before a U. S. Magistrate on the morning of June 2 and each was held in lieu of $100,000 bail. They remain incarcerated at the Bexar County Jail.

I want to commend these fine officers for "getting involved". Their professionalism was apparent and reflects credit on them and their Department.

Sincerely,

Maurice A. Miller

Maurice A. Miller
Special Agent in Charge

**City of Austin**
Founded by Congress, Republic of Texas, 1839
Police Department, 700 East 7th Street, Austin, Texas 78701 Telephone 512/476-3541

SEPTEMBER 23, 1980

NUECES COUNTY COMMISSIONERS
C/O HONORABLE JUDGE ROBERT BARNES
POST OFFICE BOX 1940
CORPUS CHRISTI, TEXAS 78403

DEAR SIRS:

THE CITY OF AUSTIN, AUSTIN POLICE DEPARTMENT AND THE GREATER AUSTIN AREA ORGANIZED CRIME CONTROL UNIT WOULD LIKE TO TAKE THIS OPPORTUNITY TO THANK YOU FOR THE OUTSTANDING ASSISTANCE AND SERVICES RENDERED BY YOUR SHERIFF SOLOMON ORTIZ AND CHIEF DEPUTY OF OPERATIONS FLORENCIO RENDON.

DURING A RECENT, VERY DIFFICULT AND LENGTHY INVESTIGATION, A SUSPECT BY THE NAME OF ROBERT JOSEPH ZANI WAS IDENTIFIED AND APPREHENDED. THAT INVESTIGATION LED TO THE SOLVING OF SEVERAL PREVIOUSLY UNCLEARED HOMICIDES, INCLUDING A THIRTEEN-YEAR OLD MURDER OF A LOCAL UNIVERSITY OF TEXAS STUDENT ACTIVIST WHICH AT THE TIME DREW NATIONAL ATTENTION.

THE COOPERATION AND ASSISTANCE OF SHERIFF ORTIZ AND CHIEF DEPUTY RENDON CAN SERVE AS AN EXAMPLE TO ALL OF US IN PUBLIC SERVICE OF WHAT TEAMWORK IN LAW ENFORCEMENT CAN ACCOMPLISH.

PLEASE PASS ON TO THESE GENTLEMEN OUR SINCERE APPRECIATION.

YOURS TRULY,

Carole Keeton McClellan

CAROLE KEETON MC CLELLAN, MAYOR
CITY OF AUSTIN, TEXAS

Frank Dyson

FRANK DYSON, CHIEF
AUSTIN POLICE DEPARTMENT

Ronald Earle

RONALD EARLE, BOARD OF GOVERNORS CHAIRMAN
GREATER AUSTIN AREA ORGANIZED CRIME CONTROL UNIT

CC: SHERIFF ORTIZ
CHIEF DEPUTY RENDON ✓

RE:BT

*Thank you for your assistance during my recent visit. I treasure the opportunities my travels give me to gain a broader perspective on current issues and events. The help you gave me and my staff was instrumental in making the occasion a pleasant and successful one. You have my deep appreciation.*

*With warm best wishes,*

George Bush

THE WHITE HOUSE
WASHINGTON

WASHINGTON, DC 200
PM
14 JUN
1990




Mr. Florencio H. Rendon
1524 Longworth
House Office Building
Washington, D.C. 20515

CHARLES B. RANGEL, NEW YORK
CHAIRMAN

JACK BROOKS, TEXAS
FORTNEY H. (PETE) STARK, CALIFORNIA
JAMES H. SCHEUER, NEW YORK
CARDISS COLLINS, ILLINOIS
FRANK J. GUARINI, NEW JERSEY
DANTE B. FASCELL, FLORIDA
WALTER E. FAUNTROY, DISTRICT OF COLUMBIA
WILLIAM J. HUGHES, NEW JERSEY
MEL LEVINE, CALIFORNIA
SOLOMON P. ORTIZ, TEXAS
LAWRENCE J. SMITH, FLORIDA
EDOLPHUS "ED" TOWNS, NEW YORK
JAMES A. TRAFICANT, JR., OHIO
KWEISI MFUME, MARYLAND
JOSEPH E. BRENNAN, MAINE
NITA M. LOWEY, NEW YORK
DONALD M. PAYNE, NEW JERSEY

**U.S. House of Representatives**

SELECT COMMITTEE ON
NARCOTICS ABUSE AND CONTROL
ROOM H2-234, HOUSE OFFICE BUILDING ANNEX 2
WASHINGTON, DC 20515-6425

COMMITTEE PHONE 202-226-3040

LAWRENCE COUGHLIN, PENNSYLVANIA
RANKING MINORITY MEMBER

BENJAMIN A. GILMAN, NEW YORK
MICHAEL G. OXLEY, OHIO
STAN PARRIS, VIRGINIA
F. JAMES SENSENBRENNER, JR., WISCONSIN
ROBERT K. DORNAN, CALIFORNIA
TOM LEWIS, FLORIDA
JAMES M. INHOFE, OKLAHOMA
WALLY HERGER, CALIFORNIA
CHRISTOPHER SHAYS, CONNECTICUT
BILL PAXON, NEW YORK
BILL GRANT, FLORIDA

EDWARD H. JURITH
STAFF DIRECTOR
WILLIAM S. SMITH
MINORITY STAFF DIRECTOR

January 7, 1991

Mr. Florencio Rendon
Congressman Solomon P. Ortiz
1524 Longworth HOB
Washington, D.C. 20515

Dear Lencho:

On behalf of the Select Committee on Narcotics Abuse and Control, I want to thank you for your assistance with the hearing on Monday, December 10, 1990, in Brownsville, Texas. Committee staff have informed me of outstanding job that you did in preparation for the hearing. The Committee is most appreciative of your efforts to put together an outstanding hearing.

The hearing was particularly important and timely because of the increasing amount of drug trafficking activity occurring across and within our domestic borders. Hampered in part by the stepped up U.S. enforcement in South Florida and the Caribbean Basin, Colombian drug traffickers have made a conscious decision to diversify smuggling routes to emphasize the 2,000 mile long U.S.-Mexico Border. As you know this has led to a dramatic increase in using Mexico as a transshipment point for cocaine from South American countries. The Committee is very concerned about the problems that are a result of these increases.

With the 102nd Congress now begun and a revised strategy due out this month, it was important for the Committee to review the progress that has been made in implementing the National Drug Control Strategy as well as what remains to be done as it relates to the United States-Mexico Border.

Best wishes for a very happy new year. Once again, many thanks!

Sincerely,

Charles B. Rangel

CHARLES B. RANGEL
Chairman



To Lencho Rendon
With best wishes,

Ronald Reagan George Bush



**Outstanding Lawman**

Florencio Rendon shows the plaque he received Thursday night on being named the Outstanding Law Enforcement Officer of the Year by the Laredo Jaycees. Rendon, 21, is the Identifications Officer for the Sheriff's Department.

B-8

## Florencio Rendon Is Officer Of Year

# Young Lawman Wins Top Award

Florencio Rendon, 21-year-old Identification Officer for the Webb County Sheriff's Department, Thursday night was named the Outstanding Law Enforcement Officer of the Year.

The award was presented at a banquet honoring law enforcement officials sponsored by the Laredo Jaycees.

**RENDON, WHO HAS BEEN WITH** the sheriff's department for three years, received a plaque presented by Dist. Atty. Carlos Castillon.

Other law enforcement officers honored were Gabriel Martinez, Laredo Police Department; Patrolman Victor Escalon, Texas Department of Public Safety; Senior Patrol Agent William C. Burk, Federal Law Enforcement; Sgt. Loyd C. Spurgeon, Laredo Air Force Base; Commandant Ramiro Infante, Nuevo Laredo Police Department; and Lawrence A. Mann, outstanding young lawyer.

**RENDON LAST YEAR RECEIVED** the Jaycee State and County Law Enforcement Officer award. He is a 1967 graduate of Martin High School and is a graduate of the Texas Department of Public Safety Academy.

Rendon is married to the former Angelita Ortegon and they have one child, Roberto.

Starr County Dist. Atty. Randall Nye told those present that law enforcement is becoming more difficult because of the technicalities imposed by recent Supreme Court decisions.

**HE SPECIFICALLY MENTIONED** the Miranda and Escobedo cases where the Supreme Court imposed restrictions on methods and procedures on search and seizure, confessions, interrogations and imposed the right to legal counsel.

"There is no such thing as a dumb cop anymore," Nye said. "Policemen now have to have adequate schooling and training if they are going to make any case hold."

Nye said the problem of law enforcement is increased because the criminal elements are becoming more versed in the law and because of a moral decay in our society.

**"WE HAVE TO GIVE OUR LAW** enforcement officers an increase in money and personnel," he said.

Nye said the criminal law revolution that has come about recently emphasizes the protection of individual rights and not society rights.

About 75 people attended the banquet at the Maya Room of the Hamilton Hotel. Castillon was the master of ceremonies and Will Shurley was the general chairman.



RAMIRO INFANTE



GABRIEL MARTINEZ



VICTOR ESCALAN
state award



SGT. LOYD C. SPURGEON



WILLIAM C. BURK

Scanned with CamScanner

# The Laredo Times

'Your Newspaper Since 1881'

th Year No. 226 Laredo, Texas, Thursday January 25, 1979 Buenas Tardes USPS 205-040 (Daily) 42 Pages Price 15¢


# Davila case reads like movie script

By BILL BOULDIN
Times City Editor

t reads like a script from a grade "B" detective thriller.

ll the stereotypes are here: the tough, grizzled veteran ice officer, passed over for promotion to the top job, a slick country lawyer, with his own private eye, the local boy o left town and made good, a desperate fugitive, on the lam m a stretch in federal prison.

ll the ingredients for a good plot are here: the old, ablished town, wracked from within by corruption; the w wave of politicians and officials, eager to clean up, the ing, glory-seeking cops.

All that was needed was the magic ingredient...money.

When local law officers burst through the door Tuesday, surprising Police Capt. J.C. Davila, Austin attorney Robert Kuhn, private investigator Doyle Huckabee, and Corpus Christi police officer Florencio Rendon, they found that magic ingredient. . . $13,000 in cash.

According to reports, the $13,000 was the last in a series of payments totaling $15,000. On at least two previous occasions, the same men are alleged to have met in San Antonio, where most of the remaining $2,000 is said to have been fronted to Davila and Rendon.

The $15,000 was supposed to buy the retraction of crucial testimony offered by Rendon in a drug case in May of 1972.

At that time, Rendon was a records and identification officer with the Webb County Sheriff's office. It was his testimony regarding the identity of a set of fingerprints that led to the conviction of Frazier J. Brignon, a Dallas real estate broker, who was charged with five counts of conspiracy to smuggle 221 pounds of marijuana into the U.S.

Although the marijuana was recovered in an abandoned automobile, the government was unable to produce a witness to postively tie Brignon to the automobile or the marijuana. All the government had was the testimony of Rendon that sets of fingerprints he lifted from the car matched those of Brignon.

Clearly, the case against Brignon hinged on the testimony of Rendon.

Brignon was found guilty on all counts, and the late Judge Ben C. Connally sentenced him to two consecutive five year terms in the federal pen, with five years of probation when he got out.

Brignon appealed his case, lost the appeal, and was ordered to surrender to federal authorities in Houston on Dec. 26, 1972, to begin his sentence. Brignon did not show up.



Deputy U.S. Marshal George Bennett, left, escorts Police Capt. J.C. Davila, 66, Austin Atty. Robert Kuhn, 4?, and Austin private eye Doyle Darwin Huckabee, 40, to a Wednesday bond hearing before Federal Magistrate Tom Goodwin. Kuhn and Huckabee made $30,000 cash bond each while Davila was remanded to Webb County Jail in lieu of the cash bond. The three were charged Tuesday night with obstruction of justice in an alleged attempt to bribe a Nueces County peace officer. (Timesphoto by David Hathcox)

Since he was out on $100,000 personal bond, $10,000 of which he put up himself, Brignon now stands liable for the remaining $90,000 plus 6 percent interest, plus the ten years in the pen.

Understandably, many people are interested in the Brignon case, not the least of whom is Kuhn, reported to be Brignon's attorney.

If Rendon would retract his testimony in the case, it was thought, then the case against Brignon would collapse, a new appeal would be successful, and everybody would be happy.

But how do you get a cop to lie?

You get another cop to ask him.

According to reports, Capt. Davila was tapped as the go-between in the scheme. Davila would put Kuhn in touch with Rendon, arrange the retraction of the testimony, and in return get half the $15,000 offered for the service.

Neither Davila nor any other Laredo cop of the old school could have known that Rendon was cut from different cloth.

In the intervening years since the Brignon trial, Rendon had left town to join the Nueces County Sheriff's Office, where he rose to head the county's Major Crime Task Force.

When he was approached with the scheme to buy his perjured testimony, Rendon blew the whistle, and notified the federal and local authorities.

While pretending to play along with Davila and Kuhn, Rendon was actually setting them up for the kill, which came Tuesday night, as the men met in a motel room for the final payoff.

In addition to the local police, the motel room was staked out by members of the Drug Enforcement Administration, whose electronic bugging equipment enabled them to overhear every word that was uttered between the schemers.

After they had heard all they needed to know, the cops broke into the room, and the show was over.

Wednesday, the two Austin men were met by their attorney, Warren Collins, as they were led to the federal courthouse for a bond hearing. Collins had two bank drafts, each for $30,000, to pay the cash bond set for Kuhn and Huckabee in San Antonio earlier that day. Collins did not have the bond money for Davila.

While Kuhn and Huckabee made a hasty exit, Davila was left cooling his heels in the federal courthouse while his attorney Julio Garcia tried to raise the cash bond.

When efforts to raise the bond on short notice proved fruitless, Davila was returned to the Webb County Jail, where he spent another night as a guest of the government.

At noon Thursday, Davila was back at the federal courthouse, sitting at a desk in the marshall's office, his feet up, hat cocked back, sound asleep.

He is expected to make bond later Thursday afternoon, thanks to a licensed bondsman out of San Antonio.

B-9

THE WHITE HOUSE
WASHINGTON

December 5, 2000

Sencho

Dear ~~Friend of the~~ Administration:

I hope this note finds you in good health and good spirits. On behalf of the President and the First Lady, enclosed are a few White House holiday tour invitations so that you, family, friends or associates can view the White House. This year, the White House has a nostalgic theme featuring special decorations from the last 8 years.

Thank you for your advice and counsel throughout my tenure here in the Office of Political Affairs. This Administration would not be successful without the input of supporters and friends like you. It has been a pleasure working with you, and I hope we can continue working on joint ventures and projects in the future.

If I can be of assistance to you during the remainder of the Administration, please contact me at 202/456-5245, 757-5000 pager, cjassoro@who.eop.gov. After January 20, I can be reached at 202/544-7298, 425-5051, or cjrotunno@hotmail.com. Best wishes to you for a safe and blessed holiday season!

Sincerely,

Cynthia

Cynthia Jasso-Rotunno
Special Assistant to the President and
Chief of Staff for Political Affairs

Say hello to Mary for me. Hope to talk to you over the holidays - Take care!

UNITED STATES DEPARTMENT OF JUSTICE

Drug Enforcement Administration

## Law Enforcement Seminar

This is to certify that:

F. H. Rendon

has attended a course in narcotics and dangerous drugs law enforcement, presented by the Drug Enforcement Administration at Corpus Christi, Texas this 5th day of October, 1978.

[signature]

ADMINISTRATOR,
Drug Enforcement Administration

# FEDERAL BUREAU OF INVESTIGATION

Presents this Certificate

to

FLORENCIO H. RENDON

in recognition of participation in the

# DEATH INVESTIGATION SEMINAR

Kenneth E. Joseph

*Assistant Director,*
*Federal Bureau of Investigation*

2/25-3/9/79
FBI Academy
Quantico, Virginia



FBI/DOJ

# UNITED STATES DEPARTMENT OF JUSTICE

## BUREAU OF NARCOTICS AND DANGEROUS DRUGS

*Law Enforcement Seminar*

*This is to certify that:*

FLORENCIO HERMAN RENDON

*participated in a course in*

*Narcotics and Dangerous Drugs Law Enforcement*

*Presented by the Bureau of Narcotics and Dangerous Drugs*

*at* ZAPATA, TEXAS *this* 12,13,14 (21 Hours) *day of* OCTOBER *, 19* 71

J J Karadimos
*Regional Director*
vcw

*Director, Bureau of Narcotics and Dangerous Drugs*

UNITED STATES DEPARTMENT OF JUSTICE

Drug Enforcement Administration

## Law Enforcement Seminar

This is to certify that: Florencio H. Rendon

has attended a course in narcotics and dangerous drugs law enforcement, presented by the Drug Enforcement Administration at Corpus Christi, Texas this 8-10 day of July 19 80

ADMINISTRATOR,
Drug Enforcement Administration

# South Texas Development Council

## Law Enforcement Training School

Laredo, Texas

Be it known that

FLORENCIO HERMAN RENDON

having completed the basic certificate course of study prescribed by The Texas Commission on Law Enforcement Officer Standards & Education is declared a graduate of this School and is awarded this

## Diploma

Given at Laredo, Texas on 19th day of August, 1970.

President of Council Board

Director of the Council

Secretary of Council Board

School Coordinator

© GOES 745

LITHO IN U.S.A.